An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA,

          Appellant,

vs.

MELVIN ALBERT SLINGER,

          Respondent.

No. 66461

**FILED**

FEB 03 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from a district court order granting a pretrial motion to dismiss criminal charges. Second Judicial District Court, Washoe County; Lidia Stiglich, Judge.

Appellant has filed a notice of voluntary withdrawal of this appeal. Cause appearing, we grant the motion and

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Lidia Stiglich, District Judge
Attorney General/Carson City
Washoe County District Attorney
Washoe County Public Defender
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-03602